FILED

SEP -5 2006

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICO LOTA,<br><br>Defendant. | No. 06-00438 RS<br><br>ORDER CONTINUING STATUS APPEARANCE AND EXCLUDING TIME<br><br>SAN JOSE VENUE |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance scheduled for September 6, 2006 is continued to October 4, 2006 at 2:00p.m.

The COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from September 6, 2006 to October 4, 2006. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court

//

//

//

1 | therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
2 | and (B)(iv).
3 | SO ORDERED.

5 | DATED: 9/5/06

RICHARD SEEBORG
United States Magistrate Judge

ORDER
CR No. 06-00438 RS                    2